02-12-102-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00102-CV 

 

 


 
 
 Lily Aviation, LLC and Rafael C. Palmeiro
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Wells Fargo Equipment Finance, Inc.
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 141st
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants’ “Motion To Dismiss Appeal.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

                                                                             PER
CURIAM

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED:
 July 12, 2012









[1]See Tex. R. App. P. 47.4.